UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-08936-SPG(AGRx) | **JS-6** | Date  March 13, 2023 |
| Title | Laeticia Burns v. Starborn Industries et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DISMISSING FIRST AMENDED COMPLAINT WITHOUT PREJUDICE**

     On November 22, 2022, the Court issued an Order to Show Cause Re Dismissal for Lack of Prosecution. (ECF No. 26). On December 9, 2022, Plaintiff Laeticia Burns filed a Request for Certificate of Default. (ECF No. 27). On December 12, 2022, a Notice of Deficiency was filed indicating the Clerk could not enter the requested Default Judgment due Plaintiff's failure to submit a proof of service. (ECF No. 28). Due to the noted deficiencies the Court struck Plaintiff's request. (ECF No. 29). On January 19, 2023, Plaintiff filed a letter to the Court. (ECF No. 30). The clerk again entered a Notice of Deficiency, indicating that under Local Rule 83-2, Plaintiff may not file letters to the Judge. (ECF No. 31). Due to the noted deficiency the letter was stricken by the Court. (ECF No. 32). To date Plaintiff has not made any additional filings or otherwise indicated her intent to continue prosecuting this action. For this reason, the case is dismissed without prejudice.

       **IT IS SO ORDERED.**

                                                                                              Initials of Preparer   pg